IN THE U.S. DISTRICT COURT
Middle DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2014 JAN -7 PM 1:15

ANThony L. Cooper JAIL NO. 2013018708
DUVAL County JAIL-500 E. ADAMS, ST.
JAX, FLA. 32202. INJUNCTION.
VS.

CASE NO. #

Sheriff John Rutherford,
TARA Wildes, JAIL-Director &
Chief K.L. Croape, etc. #2-second
Respondents.

3:14-CV-30-J-39MCR

INJUNCTION-RELIEF only.

I, The Above NAMEd injunctioner Filed This His NOTICE ANd REQUEST FOR This Hon. COURT TO send mailed VIA-FAXed. (copys) Copies. of This (INjunction) ANd Any "(COURT ORder)" oRder. Relief. Directly TO: Sheriff John Rutherford, Sheriff DUVAL County.-501 E. BAy, ST. JAX, FLA. 32202. & TARA Wildes, JAIL-Director. & J.L. Oldham, INTERNAL UNIT. Regarding inmate (Life) in danger of Being killed (murdered) Assaulted, Beaten, Attacted Threating To Be. By others INMATES whom He Have Testified given OATh (Taped) TAPE Recorded STATEMENTS Against Them TO (JSO-police) & (F.B.I.-Agents) & STATES ATTORNEY Angela Corey, ESQ, offices Against Them in Three crimes criminal cases And NOW They Acknowledge such And Threating ANd (ATTEMPTED) To Killed INJUNCTION Anthony L. Cooper Life NOW is imminent Dange Harmed.

(see) Enclosed Evidence

Respectfully Submitted By: X _____
AnThony L. Cooper

I, ANTHONY L. COOPER, JAIL NO. 2013018708. STATE THAT SGT. MR. ONEAL, B/M. Employee. And Correctional Officer(s). MR. CARLSON, Hispanic/M. Employee & Correctional Officer MR. FLANIGAN, W/M. Employee of the (7:00 A.M. to 3:00 P.M.) shift. did so During Date of (JAN.-2014.) Moved Housed A, Security known problem INMATE BLACK MALE- Cell-NO. #43. 6-west Bldg. 6west - 2-b. Duval County Jail 500 E. Adams, St. JAX, Fla. 32202. INTO 6-west Bldg. Dorm 2-b. Knownly (INTENTIONALLY) To Do bodily HARM. And (ASSAULT BATTARY.) myself. INjunctioner. Anthony L. Cooper JAIL NO. 2013018708. And Also others INMATE(S) cell-37. Rowhand. And cell- NO. 38. JOE., et Al. And then on date of Sun. (1-5-2014.) date. (B/M. INMATE - Cell-43.) did so threating to (ASSAULT) (BATTARY) Beat correctional officer MR. HARD, COL. "Again." And (B/M) INMATE cell-43. 6-west 2-b. did so (STICK) PLASTIC (Spoons) Jammed inside of His (cell door 43.

Page (2)

And then (Broke) security-Locks. From off His cell-door. NO. 43. 6-west Bldg. Dorm 2-b. 6-west 2-b. of Duval County Jail 500 E. Adams, St. Jax, Fla. 32202. And then (Attempt) to do bodly Harm to Correctional Officer Mr. Hard. And then (B/M. inmate cell-No. 43.) of 6-west 2-b., then (Exit) out from (out) of His cell-43. And then (Assaulted Battery) (W/M. inmate Mr. Rowland, cell-37.) And (Inmate Mr. Joe cell-38. w/m.) And then (Struct) Hit them With His (Fist) And threw cell doors. And then (threw) throwed (Bloody) (H.I.V.-Infected-&. Staff-infected- -Deceases.) Urine. & Fecies. All (over) (Both) Inmates Stated Above And me (Anthony L. Cooper injunctioner) And then (Attempt) to (Assault-Battary) me Anthony L. Cooper injunctioner with His fist.

And (Threating) To (Assault) Battary (Inmates - - Mr. Collier,) &. (Inmate Mr. Williams,) Others Inmate(s) In The Dorm. And then (Threatiny) Attempted To (Killed) &. Murder (Stabbed) us With (Deadly- - Weapons) et.al. (we) All (Inmates) Then (Reported) such. To (Sgt. Ms. Dorie) (Employee) Female White Fema k (Sgt. - Ms. Dorie) "Of (3:00 p.m. To 11:00 p.m.) (Shift) Of (6-West Bldg.) 6-West-2-b. Dorm And "(Correctional-officer(s) Mr. Fitzgerald)." et.al. All (Employees) Of The (3:00 A.M. To 11:00 A.M.) (Shift) Of (6-West-2-b-Dorm.) On The Date of (Jan. 5, 2014.) 1-5-14. Date. Whom (Sgt. Ms. Dorie) Failed (Refused) To do (Anything) And we Personally Hand- Delivered (Request Slips) Complaints in Written to Her To Handle The Problems.

AND (SECURITY) PROBLEM. BUT SHE (FAILED) AND (REFUSED) TO DO (ANYTHING) ABOUT IT. AND STATED SHE don't give DAMN... I, Therefore, REQUEST AND PETITION AND INJUNCTION AND STATE THAT OUR (LIFES) ARE IN grave danger of Being killed assaulted murdered. IN imminent Danger, AND REQUEST PETITION For (COPYS) OF THIS INJUNCTION TO be mailed (VIA) FAXED SENT TO 1.) TARA Wildes, Director of DUVAL County JAIL 500 E. ADAMS, ST. JAX. FLA. 32202. 2). J. L. Oldham, LT. INTERNAL-- AFFAIRS UNIT. Sheriff offices, #501 E. BAY, ST. JAX, FLA. 32202. & to F.B.I. (AGENTS) OFFICES. GATE PKWY. JAX, FLA. ALONG WITH A, U.S. Fed. (COURT ORDER) ORDER. I, REMAIN.

BY: X _____ Respectfully Submitted,

MR. ANTHONY L. COOPER, JAIL NO. 2013018708. DUVAL COUNTY JAIL 500 E. ADAMS, ST. JAX, FLA. 32202.